IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNCHBURG STEEL, INC.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 09-4705** |
| **O'NEILL PROPERTIES GROUP, L.P.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 1st of December, 2010, upon consideration of Plaintiff Lynchburg Steel, Inc.'s Motion for Partial Summary Judgment on All Elements of Count I Only, Save for the Quantum of Damages (Document No. 28, filed 9/3/10); Plaintiff Lynchburg Steel, Inc.'s Suggestions in Support of Its Motion for Partial Summary Judgment (Document No. 29, filed 9/3/10); Defendant O'Neill Properties Group, L.P.'s Response in Opposition to Lynchburg Steel, Inc.'s Motion for Partial Summary Judgment (Document No. 32, filed 9/30/10); and Plaintiff Lynchburg Steel, Inc.'s Reply to O'Neill Properties Group, L.P.'s Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (Document No. 33, filed 10/18/10), for the reasons set forth in the Memorandum dated December 1, 2010, **IT IS ORDERED** that Plaintiff Lynchburg Steel, Inc.'s Motion for Partial Summary Judgment on All Elements of Count I Only, Save for the Quantum of Damages, is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

**JAN E. DUBOIS, J.**